# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH BERGER,** *ex rel* **STATE OF ALABAMA,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 24-00170-KD-N<br>) |
| **JUDGE WILLIAM E. SCULLY, JR.,** | )<br>) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

**DONE** and **ORDERED** this 7th day of August 2024.

> **s / Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**